David J. Reinert, a minor, by Clifford W. Reinert, his father and next friend, Appellee, v. Roger W. Willing, Appellant.

Gen. No. 10,974. ▮

Second District.

March 26, 1957.

Rehearing denied April 22, 1957.

Released for publication April 22, 1957.

Allen, Matthews, Jordan & Dean, for appellant; Kramer & Kramer, for appellee. Opinion by JUSTICE CROW. **Not to be published in full.**